UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

WASHINGTON RESEARCH FOUNDATION,

        Plaintiff(s),

v.

APPLE, INC., et al.,

        Defendant(s).

Case No. 2:12–cv–02092–BAT

DISMISSAL ORDER

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 31st of December, 2012

                        s/ Brian A Tsuchida
                        Brian A Tsuchida
                United States Magistrate Judge